IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION AT COLUMBUS

| | | |
|---|---|---|
| JOSEPH O'BYRNE, et al. | : | CASE NO.   2:19-cv-02493 |
| | | Related Case Nos.   2:18-cv-01009 |
| Plaintiffs, | : | 2:18-cv-01019 |
| v. | : | (Judge Algenon L. Marbley) |
| | | (Magistrate Judge Elizabeth P. Deavers) |
| WEYERHAEUSER COMPANY, et al. | : | |
| | : | STIPULATION |
| Defendants. | | |
| | : | |

Pursuant to Rule 6.1(a) of the Local Civil Rules of the United States District Court for the Southern District of Ohio, counsel for the Plaintiffs and counsel for the Defendant Weyerhaeuser Company, hereby stipulate that the Defendant Weyerhaeuser Company is granted an extension of twenty-one (21) days to and including October 7, 2019 within which to respond to the Plaintiffs' Complaint.  No prior stipulated extension has been granted to that Defendant.

/s/ Eric H. Zagrans
Eric H. Zagrans (0013108)
ZAGRANS LAW FIRM LLC
5077 Waterford Drive, Suite 302
Elyria, OH 44035
PHONE:       (216) 771-1000
FAX:             (866) 261-2008
E-MAIL:       eric@zagrans.com

/s/ Steven M. Goldberg
Steven M. Goldberg (0041344)
THE GOLDBERG LAW FIRM CO., LPA
Solon Business Campus
31300 Solon Road, Suite 12
Solon, OH 44139
PHONE: (440) 519-9900
FAX: (877) 464-4652
E-MAIL: steven@smglegal.com

Attorneys for Plaintiffs


/s/ David C. Greer
David C. Greer (0009090)
BIESER, GREER & LANDIS, LLP
6 North Main Street, Suite 400
Dayton, OH 45402-1908
PHONE: (937) 223-3277
FAX: (937) 223-6339
E-MAIL: dcg@biesergreer.com

Attorney for Defendant Weyerhaeuser Company


## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of September, 2019, I filed the foregoing document with the Clerk of the United States District Court for the Southern District of Ohio by way of the CM/ECF system which will send notification to all parties of record.

/s/ David C. Greer
David C. Greer

4713.219156.\759618.1